**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-2198**

─────────────

MICHELLE NYARKO,

        Plaintiff - Appellant,

    v.

DAVITA KIDNEY CARE; JOHN 1-10 DOES, Inclusive,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:22-cv-01141-DLB)

─────────────

Submitted:  August 13, 2024                    Decided:  September 11, 2024

─────────────

Before HARRIS, HEYTENS, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michelle Nyarko, Appellant Pro Se.  Jill Schultz Distler, Kathleen A. McGinley, JACKSON LEWIS PC, Baltimore, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Nyarko appeals the district court's orders granting DaVita Kidney Care's motion to dismiss Nyarko's discrimination, failure-to-accommodate, and retaliation claims, brought pursuant to the American with Disabilities Act, 42 U.S.C. §§ 12101 to 12213, and denying what the court construed as a Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Nyarko v. Davita Kidney Care*, No. 8:22-cv-01141-DLB (D. Md. filed Mar. 31, 2023 & entered Apr. 3, 2023; Oct. 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*